EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2005

at //  o'clock and 25 min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>ROSS MASAAKI HAYASHI,    (01)<br>CARL OKINAGA,              (02)<br><br>            Defendants. | CR. NO. 05-00286 SOM<br><br>FIRST SUPERSEDING INDICTMENT<br><br>[21 U.S.C. §§ 846 and 841] |

### FIRST SUPERSEDING INDICTMENT

#### COUNT 1

The Grand Jury charges:

From a time unknown up through and including on or about June 24, 2005, in the District of Hawaii and elsewhere, Defendants ROSS MASAAKI HAYASHI ("HAYASHI") and CARL OKINAGA ("OKINAGA") knowingly and intentionally conspired with others

known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, to wit, approximately 1,449 grams (gross weight), in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841 (b)(1)(A).

## OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. In or around June 2005, OKINAGA arranged to have a FedEx parcel containing methamphetamine sent to a 2552 Lemon Road address.

2. On or about June 24, 2005, HAYASHI accepted delivery of a FedEx parcel which he believed contained methamphetamine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges:

On or about June 24, 2005, in the District of Hawaii, Defendants ROSS MASAAKI HAYASHI and CARL OKINAGA knowingly and intentionally attempted to possess with intent to distribute 500

grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 1,449 grams (gross weight), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

DATED: _____JUL 21_____, 2005 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Drug/Organized
  Crime Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

USA v. ROSS MASAAKI HAYASHI, ET Al.
Cr. No. 05-00286 SOM
"First Superseding Indictment"

3